UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORENE YOUNG,

      Plaintiff,

vs.                                   Case No. 8:06-CV-1350-T-27MAP

CARGILL JUICE NORTH
AMERICA, INC., et al.,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion to Remand (Dkt. 11) be denied (Dkt. 17). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)     The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)     Plaintiff's Motion to Remand (Dkt. 11) is **DENIED**.

**DONE AND ORDERED** in chambers on this 7th day of December, 2006.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to:
Counsel of Record