UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORENE YOUNG,

    Plaintiff,

v.                                                        Case No.: 8:06-cv-1350-T-27MAP

CARGILL JUICE NORTH AMERICA, INC.
f/k/a CARGILL CITRO-AMERICA, INC., and
KC CROMWELL, INC. f/k/a SPARTAN
PREMIER, INC. d/b/a CITRUS FORCE STAFFING,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the Court on Defendant KC Cromwell's Motion to Dismiss Cargill Juice North America, Inc.'s Cross-Claim (doc. 15).[1] Defendant Cargill has advised the Court that is has no opposition to the motion. Accordingly, it is

    RECOMMENDED:

    1.    Defendant KC Cromwell's Motion to Dismiss Cargill Juice North America, Inc.'s Cross-Claim (doc. 15) be **GRANTED**.

    IT IS SO REPORTED at Tampa, Florida, on this 18th day of December, 2006.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] The district judge referred the matter to me for a report and recommendation (doc. 18). *See* 28 U.S.C. § 636 and Local Rule 6.01(b).

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the district court of issues covered in the report. It shall also bar the party from attacking on appeal the factual findings in the report accepted or adopted by the district court except upon grounds of plain error or manifest injustice.  28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright,* 677 F.2d 404 (5th Cir. 1982) (*en banc*).

cc:   The Honorable James D. Whittemore
      Counsel of Record