UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORENE YOUNG,

      Plaintiff,

vs.                                  Case No. 8:06-CV-1350-T-27MAP

CARGILL JUICE NORTH
AMERICA, INC., et al.,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant KC Cromwell's Motion to Dismiss Defendant Cargill Juice North America, Inc.'s Cross-claim (Dkt. 15) be granted (Dkt. 21) in light of the fact Defendant Cargill does not oppose the motion. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

    1)    The Report and Recommendation (Dkt. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Defendant KC Cromwell's Motion to Dismiss Defendant Cargill Juice North America, Inc.'s Cross-claim (Dkt. 15) is **GRANTED**.

**DONE AND ORDERED** in chambers on this 4th day of January, 2007.

                                          JAMES D. WHITTEMORE
                                          United States District Judge

Copies to: Counsel of Record