UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORENE YOUNG,

        Plaintiff,

vs.                                      Case No. 8:06-CV-1350-T-27MAP

CARGILL JUICE NORTH
AMERICA, INC., et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant KC Cromwell's Motion to Dismiss State Court Complaint (Dkt. 3) be granted (Dkt. 23). Plaintiff has filed objections to the Report and Recommendation (Dkt. 24), and KC Cromwell has filed a response (Dkt. 28).

The Magistrate Judge recommended that Plaintiff's claim against KC Cromwell be dismissed because Plaintiff failed to make the necessary factual allegations to override Florida's worker's compensation immunity. Specifically, the Magistrate Judge found that Plaintiff failed to allege that KC Cromwell deliberately intended to injure her or engaged in conduct that it knew was substantially certain to result in her injury or death. (Dkt. 23 at 3). In her Objections, Plaintiff alleges that the Magistrate Judge engaged in speculation about what Plaintiff will be able to prove and that Plaintiff did allege in the Complaint "the intentional knowledge of Cromwell and their failure to warn of the danger." (Dkt. 24, ¶¶ 9, 10).

Although all factual allegations in the Complaint are taken as true, the Court finds that the

Magistrate Judge was correct in determining that Plaintiff's allegations are insufficient to state a claim under the intentional tort exception to Florida's worker's compensation law. *See e.g., Garrick v. Publix Super Markets, Inc.*, 798 So. 2d 875, 879 (Fla. 4th DCA 2001) (holding complaint did not state sufficient allegations where it merely alleged facts showing that a robbery might occur at an unknown time); *cf. Turner v. PCR, Inc.*, 754 So. 2d 683, 689-90 (Fla. 2000) (noting that complaint alleged that defendant "failed to protect its employees from a known danger of explosion and instead engaged in conscious and intentional conduct which was substantially certain to result in injury or death" in addition to other allegations).

After careful consideration of the Report and Recommendation, Plaintiff's objections, and KC Cromwell's response, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1)   The Report and Recommendation (Dkt. 23) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)   Defendant KC Cromwell's Motion to Dismiss State Court Complaint (Dkt. 3) is **GRANTED.**

**DONE AND ORDERED** in chambers on this 6th day of February, 2007.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record